1
2
3
4

DINA L. SANTOS, SBN 204200
Dina L. Santos, A Professional Law Corp.
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone: (916) 447-0160

5
6

Attorney for
MARIA MEDINA SILVAS

7
8

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

ALBERTO OJEDA LOPEZ
ALECSA OJEDA DE OREGEL,
MARIA MEDINA SILVAS,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:23-cr-00231-JAM

**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**

Date:    February 27, 2024
Time:    9:30 a.m.
Judge:   Hon. Mendez

16
17

**STIPULATION**

18
19
20
21
22

The United States of America through its undersigned counsel, Aaron Pennekamp, Assistant United States Attorney, together with Attorney Clemente Jimenez, Counsel for Alberto Ojeda Lopez; Attorney Armando Villapudua, Counsel for Alecsa Ojeda De Oregel; Attorney Dina Santos, counsel for Maria Medina Silvas, hereby stipulate the following:

23
24
25
26
27

1. The Status Conference was previously set for November 21, 2023.  By this stipulation, the parties now move to continue the Status Conference to February 27, 2024, at 9:30 a.m. and to exclude time between November 21, 2024, and February 27, 2024, under the Local Code T-4 (to allow defense counsel time to prepare).

28

2.  The parties agree and stipulate, and request the Court find the following:

STIPULATION AND ORDER            - 1 -

a. A continuance is requested to continue to allow the Defense to meet with the Client, review recently produced discovery, conduct investigation, and discuss a potential resolution.

b. Counsel for the Defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The Government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of November 21, 2023, to February 27, 2024 inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///
//
/

1    **IT IS SO STIPULATED.**

2

3    DATED:  November 15, 2023          Phillip Talbert
                                         United States Attorney
4
                                          /s/ Aaron Pennekamp
5                                        AARON PENNEKAMP
                                         Assistant U.S. Attorney
6
     DATE:  November 15, 2023
7
                                          /s/ Dina Santos
8                                        DINA SANTOS
                                         Attorney for Maria Medina Silvas
9    DATE:  November 15, 2023

10                                        /s/ Armando Villapudua
                                         ARMANDO VILLAPUDUA
11                                       Attorney for Alecsa Ojeda De Oregel

12
     DATE:  November 15, 2023
13
                                          /s/ Clemente Jimenez
14                                       CLEMENTE JIMENEZ
                                         Attorney for Alberto Ojeda Lopez
15

16

17
                                    **ORDER**
18
            The Court has read and considered the Stipulation Regarding Excludable Time
19
     Period Pursuant to Speedy Trial Act, filed by the parties in this matter. The Court hereby
20
     finds that the Stipulation, which this Court incorporates by reference into this Order,
21
     demonstrates facts that provide good cause for a finding of excludable time pursuant to
22
     the Speedy Trial Act, 18 U.S.C. § 3161.
23
            The Court further finds that: (i) the ends of justice served by the continuance
24
     outweigh the best interest of the public and defendant in a speedy trial; and (ii) failure to
25
     grant the continuance would deny defense counsel the reasonable time necessary for
26
     effective preparation, taking into account the exercise of due diligence.
27

28

1   Nothing in this Order shall preclude a finding that other provisions of the Speedy

2  Trial Act dictate that additional time periods are excluded from the period within which

3  trial must commence.

4   The Court **VACATES** the November 21, 2023 Status Conference and **RESETS**

5  the matter on **February 27, 2024, at <u>9:00 a.m</u>**.

6

7   **IT IS SO ORDERED.**

8

9   Dated: November 16, 2023                    /s/ John A. Mendez
                                                  THE HONORABLE JOHN A. MENDEZ
10                                                 SENIOR UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28