PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
ROSS PEARSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>            v.<br><br>ALBERTO OJEDA LOPEZ,<br>ALECSA OJEDA DE OREGEL, and<br>MARIA MEDINA SILVAS,<br><br>                  Defendants. | CASE NO. 2:23-cr-00231-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE: February 27, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for status on February 27, 2024.

2. By this stipulation, defendants now move to continue the status conference until **June 25, 2024, at 09:00 a.m.**, and to exclude time between February 27, 2024, and June 25, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a)   The government has represented that the discovery associated with this case includes over 3,600 pages or reports, photographs, and other materials, as well as audio and video files. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)        Counsel for defendants desire additional time to review the discovery, conduct factual investigation, evaluate potential responses to the charges, meet with their clients, and otherwise prepare for trial.

        c)        Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)        The government does not object to the continuance.

        e)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 27, 2024 to June 25, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 19, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated:  February 19, 2024         /s/ Clemente Jimenez
                                  Clemente Jimenez
                                  Counsel for Defendant
                                  ALBERTO OJEDA LOPEZ

Dated:  February 19, 2024         /s/ Armando Villapudua
                                  Armando Villapudua
                                  Counsel for Defendant
                                  ALECSA OJEDA DE OREGEL

Dated:  February 19, 2024         /s/ Dina Santos
                                  Dina Santos
                                  Counsel for Defendant
                                  MARIA MEDINA SILVAS

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: February 21, 2024          /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE