CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Alberto Ojeda Lopez

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        vs.<br><br>ALBERTO OJEDA LOPEZ<br>ALECSA OJEDA DE OREGEL,<br>MARIA MEDINA SILVAS,<br><br>                Defendants. | Case No.: 23-cr-00231-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date:    June 18, 2024<br>Time:    9:30 a.m.<br>Judge:   Hon. John A. Mendez |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, David Spencer, together with Attorney Clemente Jiménez, Counsel for Alberto Ojeda Lopez; Attorney Armando Villapudua, Counsel for Alecsa Ojeda De Oregel; and Attorney Dina Santos, counsel for Maria Medina Silvas, that:

1. The Status Conference was previously set for June 18, 2024.  By this stipulation, the parties now move to continue the Status Conference to **October 08, 2024, at 9:00 a.m.**, and to exclude time between June 10, 2024, and October 8, 2024, under Local Code T-4 (to allow defense counsel time to prepare).

//

//

//

- 1 -

2.   The parties request the Court find the following:

    a.   A continuance is requested to continue to allow the Defense to meet with their respective clients, review discovery, conduct investigation, and discuss a potential resolution, as they prepare for trial,

    b.   Counsel for the Defendants believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c.   The Government does not object to the continuance.

    d.   Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

    e.   For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of June 18, 2024, to October 8 , 2024 inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//
//
//
//
//

**IT IS SO STIPULATED.**

DATED:  June 10, 2024                    Phillip Talbert
                                         United States Attorney

                                          /s/ David Spencer
                                         DAVID SPENCER
                                         Assistant U.S. Attorney

DATED:  June 10, 2024                     /s/ Clemente Jiménez
                                         CLEMENTE JIMÉNEZ
                                         Attorney for Alberto Ojeda Lopez

DATED: JUNE 10, 2024                      /s/ Dina Santos
                                         DINA SANTOS
                                         Attorney for Maria Medina Silvas

DATED:  June 10, 2024                     /s/ Armando Villapudua
                                         ARMANDO VILLAPUDUA
                                         Attorney for Alecsa Ojeda De Oregel

### **ORDER**

The Court has read and considered the Stipulation Regarding Excludable Time Period Pursuant to Speedy Trial Act, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that provide good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; and (ii) failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.

**IT IS SO ORDERED.**

Dated: June 11, 2024          /s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE