PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
ROSS PEARSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO OJEDA LOPEZ,<br>ALECSA OJEDA DE OREGEL, and<br>MARIA MEDINA SILVAS,<br><br>Defendants. | CASE NO.  2:23-cr-00231-JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>DATE: October 8, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for status on October 8, 2024.

2. By this stipulation, defendants now move to continue the status conference until **November 19, 2024, at 09:00 a.m.**, and to exclude time between October 8, 2024, and November 19, 2024, under Local Code T4.  The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 3,600 pages or reports, photographs, and other materials, as well as audio and video files.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      Counsel for defendants desire additional time to review the discovery, conduct factual investigation, evaluate potential responses to the charges, meet with their clients, and otherwise prepare for trial.

      c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 8, 2024 to November 19, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 2, 2024                           PHILLIP A. TALBERT
                                                  United States Attorney

                                                  /s/ DAVID W. SPENCER
                                                  DAVID W. SPENCER
                                                  Assistant United States Attorney

Dated: October 2, 2024                     /s/ Clemente Jimenez
                                           Clemente Jimenez
                                           Counsel for Defendant
                                           ALBERTO OJEDA LOPEZ

Dated: October 2, 2024                     /s/ Armando Villapudua
                                           Armando Villapudua
                                           Counsel for Defendant
                                           ALECSA OJEDA DE OREGEL

Dated: October 2, 2024                     /s/ Dina Santos
                                           Dina Santos
                                           Counsel for Defendant
                                           MARIA MEDINA SILVAS

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: October 03, 2024                    /s/ John A. Mendez
                                           THE HONORABLE JOHN A. MENDEZ
                                           SENIOR UNITED STATES DISTRICT JUDGE