CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for ALBERTO OJEDA LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:23-cr-00231-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| ALBERTO OJEDA LOPEZ, ALECSA OJEDA DE OREGEL, AND MARIA MEDINA SILVAS, | DATE:   November 19, 2024<br>TIME:    9:00 a.m.<br>JUDGE:  Hon. John A. Mendez |
| Defendants. | |

        IT IS HEREBY STIPULATED by and between Assistant United States Attorney, David Spencer, Counsel for Plaintiff, attorney Clemente M. Jiménez, Counsel for Defendant Alberto Ojeda Lopez, attorney Dina Santos, counsel for Maria Medina Silvas, and attorney Armando Villapudua, counsel for Alecsa Ojeda de Oregel, that the status conference in this matter, currently scheduled for November 19, 2024, at 9:00 a.m., be vacated, and the matter continued to this court's criminal calendar on January 28, 2025, at 9:00 a.m. for further status conference.  Counsel for Ms. Ojeda de Oregel is currently engaged in a trial that has run longer than anticipated, hence he will be unavailable for the status conference in this matter.  Furthermore, the parties require additional time to confer with the government on a potential global resolution.  Defense counsel also

Stipulation and Order

1   require additional time to review discovery, meet with their respective clients, and

2   conduct investigation as necessary, in order to prepare for trial.

3         IT IS FURTHER STIPULATED that time within which the trial of this case must

4   be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded

5   from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-

6   4), from November 14, 2024, the date of the parties' stipulation, through January 28,

7   2025, and that the ends of justice served in granting the continuance and allowing the

8   defendant further time to prepare outweigh the best interests of the public and the

9   defendant to a speedy trial.

10

11  DATED:        November 14, 2024        /S/      David Spencer
12                                         PHILLIP TALBERT
                                           by DAVID SPENCER
13                                         Attorney for Plaintiff

14  DATED:        November 14, 2024        /S/      Clemente M. Jiménez
15                                         CLEMENTE M. JIMÉNEZ
                                           Attorney for Alberto Ojeda Lopez
16

17  DATED:        November 14, 2024        /S/      Dina Santos
                                           DINA SANTOS
18                                         Attorney for Maria Medina Silvas

19
    DATED:        November 14, 2024        /S/      Armando Villapudua
20                                         ARMANDO VILLAPUDUA
                                           Attorney for Alecsa Ojeda de Oregel
21

22

23

24

25

26

27

28

Stipulation and Order

**ORDER**

The November 19, 2024 **status conference** in the above-entitled matter is **VACATED** and **RESET** for **January 28, 2025, at 9:00 a.m.**  The Court finds that time under the Speedy Trial Act shall be excluded from the date of the parties' stipulation, November 14, 2024, through January 28, 2025, to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

IT IS SO ORDERED

Dated: November 15, 2024          /s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

Stipulation and Order