Dina L. Santos, SBN 204200
A Professional Law Corp.
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone:  (916) 447-0160

Attorneys for:
Maria Silvas

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:23-cr-00231-JAM-3 |
|---|---|
| Plaintiff, | **REQUEST AND ORDER EXONERATING BOND (ECF No. 100)** |
| v. | |
| MARIA MEDINA SILVAs, | |
| Defendant. | |

On September 6, 2023, Ms. Silvas was ordered released on a $300,000 secured appearance bond that was secured by her son-in-law, Jesse Oregel's property located at 2929 Country Club Boulevard, Stockton, CA 95204.  The owner of the property is Jesse Oregel, RECEIPT number 2023-073631 for $300,000.00.

Unsecured bonds for $50,000 each were signed by Idolina Ojeda Medina and Julio Hernandez.  Ms. Silvas Mexican passport was relinquished to the Clerk of the Court before her release.

Ms. Silvas has been sentenced and therefore the bond is no longer necessary.  It is hereby requested that the bonds referenced above be exonerated and that the Clerk of the District Court be directed to re-convey back to the sureties,

Exonerate Bond                                                  1

the Deed of Trust and that Ms. Silva's passport be returned to her.

Dated:  May 20, 2026                    /s/   Dina L. Santos
                                        DINA SANTOS, ESQ.
                                        Attorney for Maria Silvas

**ORDER**

IT IS SO ORDERED that the bond in the amount of $300,000, posted and secured by the deed of trust located at 2929 Country Club Boulevard, Stockton, CA,95204, is hereby **EXONERATED,** and that the Clerk of Court is **DIRECTED** to **RECONVEY** back the Trustor, the Deed of Trust.

IT IS FURTHER ORDERED that sureties Idolina Ojeda Medina and Julio Hernandez be released from any liability pursuant to the unsecured bonds and that the Mexican passport belonging to Ms. Maria Silvas be returned to Ms. Maria Silvas.

Dated: May 28, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

Exonerate Bond                          2